B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## EASTERN DISTRICT of CALIFORNIA

In re:  Buoi V  Nguyen

Chapter:  13

Case No.:11-26152-TH

## TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

| eCAST Settlement Corporation | Capital One, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
Transferee should be sent:

| | |
|---|---|
| Court Claim # (if known): | 3 |
| Amount of Claim: | 3554.64 |
| Date Claim Filed: | 04/25/2011 |
| Amended Court Claim #: | 9 |
| Amended Date Claim Filed: | 06/22/2011 |

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712
Telephone: (520) 577-1544 (Servicer)

Name and Address where transferee payments
should be sent (if different from above):

Name and Current Address of Transferor:

eCAST Settlement Corporation
PO Box 7247-6971
Philadelphia, PA 19170-6971

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

Last Four Digits of Account #:  ***********5200     Last Four Digits of Account #:  ***********5200

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jennifer Pursley                              Date:  05/13/2015
Jennifer Pursley
Authorized Representative for Transferee
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712
(520) 577-1544
ecf@bass-associates.com

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571**

**Exhibit 1 to**
**Receivable Sale Agreement dated December 18, 2013**

**BILL OF SALE**

**Closing Date:** December 27, 2013

Capital One, National Association ("Seller"), for good and valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled "ECast Final Sale File(With Balance as of 11_30_13)_12_23_2013" (which may be in electronic form), together with all related liens or other security interests, to eCAST Settlement Corporation ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Receivable Sale Agreement, dated as of December 18, 2013, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

The Cutoff Date for the Sale File was December 19, 2013.

Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

                              **CAPITAL ONE,**
                              **NATIONAL ASSOCIATION**

                              By:

                              Name:  John H. Maurer
                              Title:    Vice President

**Exhibit 3**
**To Receivable Sale Agreement dated December 18, 2013**
**Waiver of Notice of Transfer of Claim**

Capital One, National Association ("Seller") has sold and assigned certain claims to eCAST
Settlement Corporation ("Buyer"), a corporation organized under the laws of the State of
Delaware maintaining a place of business at 383 Madison Avenue, New York, NY. Said claims
arise from consumer credit accounts issued to individuals who have filed petitions commencing
cases under the Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following
names:

Capital One, National Association

Seller consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a
Notice of Transfer of Claim filed by Buyer pursuant to Federal Rule of the Bankruptcy Procedure
3001 (e)(2). Seller request that Buyer be substituted for Seller immediately upon the filing of the
Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Seller has executed this Waiver by and through its duly authorized
person this 6th day of January, 2014.

Dated: January 6, 2014

SELLER
Capital One, National Association

By: _____

Name: John H. Maurer
Title:___ Vice President